### IN THE UNITED STATES DISTRICT COURT
### FOR THE EASTERN DISTRICT OF TEXAS
### MARSHALL DIVISON

EXPRESS MOBILE, INC.,

        Plaintiff,

v.

BIGCOMMERCE, INC.,

        Defendant.

Case No.  2:16-cv-384-JRG

### ORDER OF DISMISSAL WITHOUT PREJUDICE

CAME ON THIS DAY for consideration Plaintiff's Motion for Dismissal Without Prejudice of all claims asserted against Defendant BigCommerce, Inc., and the Court being of the opinion that said motion should be GRANTED, it is hereby:

ORDERED, ADJUDGED AND DECREED that all calims asserted in this suit against Defendant BigCommerce, Inc. are hereby dismissed without prejudice.

**SIGNED this 30th day of June, 2016.**

_____
ROY S. PAYNE
UNITED STATES MAGISTRATE JUDGE